GALLOWAY TWP. BOARD OF ED. v.
GALLOWAY TWP. EDUCATION ASSN.

July 20, 1977. Petitions for certification granted. (See 149 *N. J. Super.* 352)

GALLOWAY TWP. BOARD OF ED. v.
GALLOWAY TWP. ASSN. OF EDUCATIONAL SECRETARIES.

July 20, 1977. Petitions for certification granted. (See 149 *N. J. Super.* 346)

IN THE MATTER OF BORO. OF SAYREVILLE v. POLICE-MEN'S BENEVOLENT ASSN. OF SAYREVILLE, LOCAL #98.

July 20, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GAGEBY.

July 20, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK ROMAN.

July 20, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT ROLLINS.

July 20, 1977. Petition for certification denied.